| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lisi, Mary M. | U.S. District Court - R. I. | 05/05/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court One Exchange Terrace Providence, RI 02903 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Selection Committee Chair | Hassenfeld Family Foundation Rhode Island Public Service Fellowships |
| 2. Member | Temple University School of Law Board of Visitors |
| 3. Member | University of Rhode Island President's Council |
| 4. Member | ABA - National Conference Federal Trial Court Judges Executive Committee |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE 2009 MAY -1 A 10: 38 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | February 6-9, 2008 | Los Angeles, CA | Mid-Year Meeting | Airfare, lodging, ground transportation, meals |
| 2. American Bar Association | August 7-10, 2008 | New York, NY | Annual Meeting | Lodging, ground transportation, meals |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lincoln National Life Ins. Co., deferred income | A | Interest | | | Sold | 3/3 | K | E | |
| 2. Citizens Bank, Providence, RI NOW Account | A | Interest | K | T | | | | | |
| 3. Nuveen Insured Municipal Bond Fund | A | Interest | | | Sold | 3/27 | K | C | |
| 4. Citizens Bank - IRA (cash equivilent) | A | Interest | J | T | | | | | |
| 5. Citizens Bank - IRA (cash equivilent) | A | Interest | K | T | | | | | |
| 6. Bank RI - CD | A | Interest | J | T | | | | | |
| 7. 401(K)RETIREMENT PLAN | A | Dividend | N | T | | | | | |
| 8. - Dreyfus Bond Market Index Fund | | | | | | | | | |
| 9. -Federated Capital Appreciation Fund A | | | | | | | | | |
| 10. - Janus Advisor Flexible Income Fund | | | | | | | | | |
| 11. - MFS Total Return Fund A | | | | | | | | | |
| 12. - MFS Global Equity Fund A | | | | | | | | | |
| 13. IRA - AMERICAN FUNDS | A | Dividend | | | | | | | |
| 14. - EuroPacific Growth Fund A | | | | | Sold | 2/16 | K | E | |
| 15. -The Growth Fund of America A | | | | | Sold | 2/17 | K | E | |
| 16. - American Mutual Fund A | | | | | Sold | 2/18 | L | E | |
| 17. - The Bond Fund of America A | | | | | Sold | 2/19 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Capitol World Bond Fund A | | | | | Sold | 2/20 | J | D | |
| 19.   AMERICAN FUNDS | | None | | | | | | | |
| 20.    - EuroPacific Growth Fund A | | | | | Sold | 3/28 | J | C | |
| 21.    - The Growth Fund of America A | | | | | Sold | 3/29 | J | C | |
| 22.    - American Mutual Fund A | | | | | Sold | 3/30 | J | C | |
| 23.   FIDELITY INVESTMENTS | B | Dividend | K | T | | | | | |
| 24.    - American Century International Bond | | | J | T | Buy | 3/28 | J | | |
| 25.    - American New Economy | | | | | Buy | 3/28 | J | | |
| 26. | | | | | Sold (part) | 10/30 | J | A | |
| 27. | | | | | Sold | 11/3 | J | A | |
| 28.    - William Blair International EQ FD CL N | | | J | T | Buy | 11/6 | J | | |
| 29.    - Calamos Convertible Class A | | | J | T | Buy | 10/27 | J | | |
| 30.    - Columbia Technology Fund CL Z | | | J | T | Buy | 7/25 | J | | |
| 31.    - Davis N.Y. Venture | | | | | Buy | 3/28 | J | | |
| 32. | | | | | Sold (part) | 5/15 | J | A | |
| 33. | | | | | Sold | 11/6 | J | A | |
| 34.    - Goldman Sachs Ultra SH Duratn Govt Inst | | | J | T | Buy | 3/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 6/5 | J | A | |
| 36. | | | | | Sold (part) | 10/27 | J | A | |
| 37. - ING Global Real Estate CL A | | | J | T | Buy | 10/24 | J | | |
| 38. - Janus Research Fund | | | J | T | Buy | 5/16 | J | | |
| 39. - Laudus Rosenberg Intl. Disc. Instl. CL | | | J | T | Buy | 3/28 | J | | |
| 40. - Mainstay High Yield Corp. Class A | | | J | T | Buy | 10/27 | J | | |
| 41. - Morgan Stanley International Real Estate | | | | | Buy | 3/28 | J | | |
| 42. | | | | | Sold | 10/24 | J | A | |
| 43. - Morgan Stanley Real Estate | | | | | Buy | 3/28 | J | | |
| 44. | | | | | Sold | 10/24 | J | A | |
| 45. - Narragansett Insured Tax Free Inc. CL Y | | | J | T | Buy | 6/6 | J | | |
| 46. | | | | | Sold (part) | 11/6 | J | A | |
| 47. - Generations Multi Strategies | | | J | T | Buy | 10/30 | J | | |
| 48. - Payden Limited Maturity | | | J | T | Buy | 3/28 | J | | |
| 49. - Pimco Commodity Real Return | | | | | Buy | 3/28 | J | | |
| 50. | | | | | Sold | 12/3 | J | A | |
| 51. - T. Rowe Price Health Sciences | | | J | T | Buy | 7/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Rainier Mid Cap EQ Port. Instl. CL | | | J | T | Buy | 3/28 | J | | |
| 53. - Riversource Diversified Equity Income CL A | | | J | T | Buy | 5/16 | J | | |
| 54. - T. Rowe Price Blue Chip Growth ADV CL | | | J | T | Buy | 3/28 | J | | |
| 55. | | | | | Sold (part) | 5/15 | J | A | |
| 56. - Royce Value Plus Service Class | | | J | T | Buy | 3/28 | J | | |
| 57. - Rydex Commodities Strategy CL H | | | J | T | Buy | 12/4 | J | | |
| 58. - Thornburg Intl. Value CL Instl. | | | J | T | Buy | 3/28 | J | | |
| 59. | | | | | Sold (part) | 11/16 | J | A | |
| 60. - Washatch Global Schience & Technology | | | | | Buy | 5/16 | J | | |
| 61. | | | | | Sold | 7/25 | J | A | |
| 62. - Fidelity Municipal Money Market | | | J | T | Buy | 3/28 | J | | |
| 63. FIDELITY IRA 1 | C | Dividend | M | T | | | | | |
| 64. - American Century Ginnie Mae | | | K | T | Buy | 5/23 | K | | |
| 65. | | | | | Sold (part) | 11/6 | J | A | |
| 66. - American Century International Bond | | | J | T | Buy | 2/29 | J | | |
| 67. - American New Economy | | | | | Buy | 2/22 | J | | |
| 68. | | | | | Sold | 11/3 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - William Blaire Interantional EQ FD CL N | | | J | T | Buy | 11/6 | J | | |
| 70. - Calamos Convertible Class A | | | J | T | Buy | 10/27 | J | | |
| 71. - Columbia Technology Fund CL Z | | | J | T | Buy | 7/24 | J | | |
| 72. - Davis N.Y. Venture | | | | | Buy | 2/22 | J | | |
| 73. | | | | | Sold | 11/6 | J | A | |
| 74. - Goldman Sachs Ultra SH Duratn Govt. Inst | | | J | T | Buy | 3/14 | J | | |
| 75. | | | | | Sold (part) | 5/22 | J | A | |
| 76. | | | | | Sold (part) | 10/27 | J | A | |
| 77. - ING global Real Estate CL A | | | J | T | Buy | 10/27 | J | | |
| 78. | | | | | Sold (part) | 11/6 | J | A | |
| 79. - Janus Advisor Forty | | | | | Buy | 2/22 | J | | |
| 80. | | | | | Sold | 9/11 | J | A | |
| 81. - Janus Research Fund | | | J | T | Buy | 9/12 | J | | |
| 82. - Laudus Rosenberg Intl. Disc. Instl. CL | | | J | T | Buy | 2/22 | J | | |
| 83. - Mainstay High Yield Corp. Class A | | | J | T | Buy | 10/27 | J | | |
| 84. - Morgan Stanley International Real Estate | | | | | Buy | 2/22 | J | | |
| 85. | | | | | Sold | 10/24 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B=$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Morgan Stanley Real Estate | | | | | Buy | 2/22 | J | | |
| 87. | | | | | Sold | 10/24 | J | A | |
| 88. - Generations Multi Strategies | | | J | T | Buy | 10/30 | J | | |
| 89. - Oppenheimer Commod. Stra. Tot. Return Cl A | | | J | T | Buy | 12/4 | J | | |
| 90. - Payden Limited Maturity | | | J | T | Buy | 2/29 | J | | |
| 91. | | | | | Sold (part) | 11/6 | J | A | |
| 92. - Pimco Commodity Real Return | | | | | Buy | 2/22 | J | | |
| 93. | | | | | Sold | 12/3 | J | A | |
| 94. - T. Rowe Price Health Sciences | | | J | T | Buy | 7/23 | J | | |
| 95. - Rainier Mid Cap. EQ Port. Instl. CL | | | J | T | Buy | 2/22 | J | | |
| 96. - Riversource Diversified Equity Income CL A | | | J | T | Buy | 2/22 | J | | |
| 97. - T. Rowe Price blue Chip Growth Adv. CL | | | J | T | Buy | 2/22 | J | | |
| 98. - Royce Value Plus Service Class | | | J | T | Buy | 2/22 | J | | |
| 99. - Thornburg Intl. Value CL Instl. | | | J | T | Buy | 2/22 | J | | |
| 100. | | | | | Sold (part) | 11/6 | J | A | |
| 101. - Wasatch Global Science & Technology | | | | | Buy | 2/22 | J | | |
| 102. | | | | | Sold | 7/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Cash Reserves | | | J | T | Buy | 2/22 | J | | |
| 104. FIDELITY IRA 2 | A | Dividend | J | T | | | | | |
| 105. - Goldman Sachs Ultra SH Duratin Govt Inst | | | J | T | Buy | 2/29 | J | | |
| 106. - Generations Mult Strategies | | | J | T | Buy | 10/29 | J | | |
| 107. - Rainier Mid Cap EQ Port. Instl. CL | | | J | T | Buy | 2/22 | J | | |
| 108. - T. Rowe Price Blue Chip Growth Adv. CL | | | J | | Buy | 2/22 | J | | |
| 109. - Thornburg Intl. Value CL A | | | J | T | Buy | 2/22 | J | | |
| 110. - Fidelity Cash Reserves | | | J | T | Buy | 2/22 | J | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/5/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lisi, Mary M. | 2. Court or Organization<br><br>U.S. District Court - R. I. | 3. Date of Report<br><br>07/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Chief District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>One Exchange Terrace<br>Providence, RI 02903 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Selection Committee Chair | Hassenfeld Family Foundation Rhode Island Public Service Fellowships |
| 2. Member | Temple University School of Law Board of Visitors |
| 3. Member | University of Rhode Island President's Council |
| 4. Member | ABA - National Conference Federal Trial Court Judges Executive Committee |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL -7 A 11:17 FINANCIAL DISCLOSURE OFFICE

Lisi_Mary_M 2

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February 6-9, 2008 | Los Angeles, CA | Mid-Year Meeting | Airfare, lodging, ground transportation, meals |
| 2. | American Bar Association | August 7-10, 2008 | New York, NY | Annual Meeting | Lodging, ground transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Lisi, Mary M. | - | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lincoln National Life Ins. Co., deferred income | A | Interest | | | Sold | 3/3 | K | E | |
| 2. Citizens Bank, Providence, RI NOW Account | A | Interest | K | T | | | | | |
| 3. Nuveen Insured Municipal Bond Fund | A | Interest | | | Sold | 3/27 | K | C | |
| 4. Citizens Bank - IRA (cash equivilent) | A | Interest | J | T | | | | | |
| 5. Citizens Bank - IRA (cash equivilent) | A | Interest | K | T | | | | | |
| 6. Bank RI - CD | A | Interest | J | T | | | | | |
| 7. 401(K) RETIREMENT PLAN | A | Dividend | N | T | | | | | |
| 8. - Dreyfus Bond Market Index Fund | | | | | | | | | |
| 9. -Federated Capital Appreciation Fund A | | | | | | | | | |
| 10. - Janus Advisor Flexible Income Fund | | | | | | | | | |
| 11. - MFS Total Return Fund A | | | | | | | .. | | |
| 12. - MFS Global Equity Fund A | | | | | | | | | |
| 13. IRA - AMERICAN FUNDS | | | | | | | | | |
| 14. - EuroPacific Growth Fund A | | None | | | Sold | 2/16 | K | E | |
| 15. -The Growth Fund of America A | | None | | | Sold | 2/17 | K | E | |
| 16. - American Mutual Fund A | | None | | | Sold | 2/18 | L | E | |
| 17. - The Bond Fund of America A | A | Dividend | | | Sold | 2/19 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Capitol World Bond Fund A | | None | | | Sold | 2/20 | J | D | |
| 19.  AMERICAN FUNDS | | | | | | | | | |
| 20.  - EuroPacific Growth Fund A | | None | | | Sold | 3/28 | J | C | |
| 21.  - The Growth Fund of America A | | None | | | Sold | 3/29 | J | C | |
| 22.  - American Mutual Fund A | | None | | | Sold | 3/30 | J | C | |
| 23.  FIDELITY INVESTMENTS | | | | | | | | | |
| 24.  - American Century International Bond | A | Dividend | J | T | Buy | 3/28 | J | | |
| 25.  - American New Economy | | None | | | Buy | 3/28 | J | | |
| 26.  | | | | | Sold (part) | 10/30 | J | A | |
| 27.  | | | | | Sold | 11/3 | J | A | |
| 28.  - William Blair International EQ FD CL N | A | Dividend | J | T | Buy | 11/6 | J | | |
| 29.  - Calamos Convertible Class A | | Dividend | J | T | Buy | 10/27 | J | | |
| 30.  - Columbia Technology Fund CL Z | | None | J | T | Buy | 7/25 | J | | |
| 31.  - Davis N.Y. Venture | | None | | | Buy | 3/28 | J | | |
| 32.  | | | | | Sold (part) | 5/15 | J | A | |
| 33.  | | | | | Sold | 11/6 | J | A | |
| 34.  - Goldman Sachs Ultra SH Duratn Govt Inst | A | Dividend | J | T | Buy | 3/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 6/5 | J | A | |
| 36. | | | | | Sold (part) | 10/27 | J | A | |
| 37.   - ING Global Real Estate CL A | A | Dividend | J | T | Buy | 10/24 | J | | |
| 38.   - Janus Research Fund | A | Dividend | J | T | Buy | 5/16 | J | | |
| 39.   - Laudus Rosenberg Intl. Disc. Instl. CL | A | Dividend | J | T | Buy | 3/28 | J | | |
| 40.   - Mainstay High Yield Corp. Class A | A | Dividend | J | T | Buy | 10/27 | J | | |
| 41.   - Morgan Stanley International Real Estate | A | Dividend | | | Buy | 3/28 | J | | |
| 42. | | | | | Sold | 10/24 | J | A | |
| 43.   - Morgan Stanley Real Estate | A | Dividend | | | Buy | 3/28 | J | | |
| 44. | | | | | Sold | 10/24 | J | A | |
| 45.   - Narragansett Insured Tax Free Inc. CL Y | A | Dividend | J | T | Buy | 6/6 | J | | |
| 46. | | | | | Sold (part) | 11/6 | J | A | |
| 47.   - Generations Multi Strategies | A | Dividend | J | T | Buy | 10/30 | J | | |
| 48.   - Payden Limited Maturity | A | Dividend | J | T | Buy | 3/28 | J | | |
| 49.   - Pimco Commodity Real Return | A | Dividend | | | Buy | 3/28 | J | | |
| 50. | | | | | Sold | 12/3 | J | A | |
| 51.   - T. Rowe Price Health Sciences | A | Dividend | J | T | Buy | 7/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Rainier Mid Cap EQ Port. Instl. CL | A | Dividend | J | T | Buy | 3/28 | J | | |
| 53. - Riversource Diversified Equity Income CL A | A | Dividend | J | T | Buy | 5/16 | J | | |
| 54. - T. Rowe Price Blue Chip Growth ADV CL | A | Dividend | J | T | Buy | 3/28 | J | | |
| 55. | | | | | Sold (part) | 5/15 | J | A | |
| 56. - Royce Value Plus Service Class | A | Dividend | J | T | Buy | 3/28 | J | | |
| 57. - Rydex Commodities Strategy CL H | | None | J | T | Buy | 12/4 | J | | |
| 58. - Thornburg Intl. Value CL Instl. | | Dividend | J | T | Buy | 3/28 | J | | |
| 59. | | | | | Sold (part) | 11/16 | J | A | |
| 60. - Washatch Global Schience & Technology | | None | | | Buy | 5/16 | J | | |
| 61. | | | | | Sold | 7/25 | J | A | |
| 62. - Fidelity Municipal Money Market | A | Dividend | J | T | Buy | 3/28 | J | | |
| 63. FIDELITY IRA 1 | | | | | | | | | |
| 64. - American Century Ginnie Mae | A | Dividend | K | T | Buy | 5/23 | K | | |
| 65. | | | | | Sold (part) | 11/6 | J | A | |
| 66. - American Century International Bond | A | Dividend | J | T | Buy | 2/29 | J | | |
| 67. - American New Economy | | None | | | Buy | 2/22 | J | | |
| 68. | | | | | Sold | 11/3 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - William Blaire Interantional EQ FD CL N | A | Dividend | J | T | Buy | 11/6 | J | | |
| 70. - Calamos Convertible Class A | A | Dividend | J | T | Buy | 10/27 | J | | |
| 71. - Columbia Technology Fund CL Z | | None | J | T | Buy | 7/24 | J | | |
| 72. - Davis N.Y. Venture | | None | | | Buy | 2/22 | J | | |
| 73. | | | | | Sold | 11/6 | J | A | |
| 74. - Goldman Sachs Ultra SH Duratn Govt. Inst | A | Dividend | J | T | Buy | 3/14 | J | | |
| 75. | | | | | Sold (part) | 5/22 | J | A | |
| 76. | | | | | Sold (part) | 10/27 | J | A | |
| 77. - ING global Real Estate CL A | A | Dividend | J | T | Buy | 10/27 | J | | |
| 78. | | | | | Sold (part) | 11/6 | J | A | |
| 79. - Janus Advisor Forty | | None | | | Buy | 2/22 | J | | |
| 80. | | | | | Sold | 9/11 | J | A | |
| 81. - Janus Research Fund | A | Dividend | J | T | Buy | 9/12 | J | | |
| 82. - Laudus Rosenberg Intl. Disc. Instl. CL | A | Dividend | J | T | Buy | 2/22 | J | | |
| 83. - Mainstay High Yield Corp. Class A | A | Dividend | J | T | Buy | 10/27 | J | | |
| 84. - Morgan Stanley International Real Estate | A | Dividend | | | Buy | 2/22 | J | | |
| 85. | | | | | Sold | 10/24 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Morgan Stanley Real Estate | A | Dividend | | | Buy | 2/22 | J | | |
| 87. | | | | | Sold | 10/24 | J | A | |
| 88.   - Generations Multi Strategies | A | Dividend | J | T | Buy | 10/30 | J | | |
| 89.   - Oppenheimer Commod. Stra. Tot. Return Cl A | A | Dividend | J | T | Buy | 12/4 | J | | |
| 90.   - Payden Limited Maturity | A | Dividend | J | T | Buy | 2/29 | J | | |
| 91. | | | | | Sold (part) | 11/6 | J | A | |
| 92.   - Pimco Commodity Real Return | A | Dividend | | | Buy | 2/22 | J | | |
| 93. | | | | | Sold | 12/3 | J | A | |
| 94.   - T. Rowe Price Health Sciences | A | Dividend | J | T | Buy | 7/23 | J | | |
| 95.   - Rainier Mid Cap. EQ Port. Instl. CL | A | Dividend | J | T | Buy | 2/22 | J | | |
| 96.   - Riversource Diversified Equity Income CL A | A | Dividend | J | T | Buy | 2/22 | J | | |
| 97.   - T. Rowe Price blue Chip Growth Adv. CL | A | Dividend | J | T | Buy | 2/22 | J | | |
| 98.   - Royce Value Plus Service Class | A | Dividend | J | T | Buy | 2/22 | J | | |
| 99.   - Thornburg Intl. Value CL Instl. | A | Dividend | J | T | Buy | 2/22 | J | | |
| 100. | | | | | Sold (part) | 11/6 | J | A | |
| 101.  - Wasatch Global Science & Technology | | None | | | Buy | 2/22 | J | | |
| 102. | | | | | Sold | 7/23 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Cash Reserves | A | Dividend | J | T | Buy | 2/22 | J | | |
| 104. FIDELITY IRA 2 | | | | | | | | | |
| 105. - Goldman Sachs Ultra SH Duratin Govt Inst | A | Dividend | J | T | Buy | 2/29 | J | | |
| 106. - Generations Mult Strategies | A | Dividend | J | T | Buy | 10/29 | J | | |
| 107. - Rainier Mid Cap EQ Port. Instl. CL | A | Dividend | J | T | Buy | 2/22 | J | | |
| 108. - T. Rowe Price Blue Chip Growth Adv. CL | A | Dividend | J | | Buy | 2/22 | J | | |
| 109. - Thornburg Intl. Value CL A | A | Dividend | J | T | Buy | 2/22 | J | | |
| 110. - Fidelity Cash Reserves | A | Dividend | J | T | Buy | 2/22 | J | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lisi, Mary M. | 07/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544